UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIANQUN ZHANG,<br><br>        Plaintiff,<br><br>  v.<br><br>SCHEDULE A DEFENDANTS,<br><br>        Defendants. | Civil Action No. 26-cv-0007<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Jianquan Zhang, hereby gives notice that all defendants in the above-captioned action are dismissed without prejudices. Rule 41(a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims without prejudice and without a Court Order by notice at any time prior to the Defendants filing an Answer or moving for summary judgment. As of the filing of this Notice, no Defendant has filed an Answer in this action.

Dated: January 21, 2026

                     Respectfully submitted,

                     By: */s/ Xiyan Zhang*
                     Xiyan Zhang
                     Stratum Law LLC
                     18 Campus Blvd. Ste. 100
                     Newtown Square, PA 19073
                     Phone# (215) 395-8756
                     Bar# 5052642
                     xzhang@stratumlaw.com
                     *Counsel for Plaintiff*